### 8764.  CITY OF DUBLIN *v.* KEA.

GEORGE, J. 1. "Although municipal authorities may have plenary power in the matter of collection, removal, and disposition of garbage, yet they can not lawfully create, in connection therewith, a nuisance dangerous to health or life; and where such a nuisance is created and its effect is specially injurious to an individual by reason of its proximity to his home, he has a cause of action for damages. *Bell* v. *Mayor etc. of Savannah,* 139 *Ga.* 298 (77 S. E. 165)." *Kea* v. *City of Dublin* (this case), 145 *Ga.* 511 (89 S. E. 484).

2. The verdict of $850 in favor of the plaintiff is not without evidence to support it, and is not legally excessive. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED AUGUST 3, 1917.

Action for damages; from Laurens superior court—Judge Kent. March 31, 1917.

*W. C. Davis,* for plaintiff in error.

*S. P. New, G. B. Davis,* contra.

---

### 8774.  TERRELL *v.* THE STATE.

WADE, C. J. There is no substantial merit in any of the special assignments of error; and, there being some evidence to support all the material allegations in the indictment, the court did not err in overruling the motion for a new trial.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED AUGUST 3, 1917. REHEARING DENIED SEPTEMBER 13, 1917.

Indictment for cheating and swindling; from Gordon superior court—Judge Tarver. March 31, 1917.

*Maddox, McCamy & Shumate, Starr & Paschall, Neel & Neel,* for plaintiff in error.  *J. M. Lang, solicitor-general,* contra.